AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEX[AS]
FILED
AUG -9 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

MARC ARRON PETERS
_Petitioner_

v.    Case No. 7-22CV-074-0
         _(Supplied by Clerk of Court)_

Sheriff Dept, State Hospital
_Respondent_
(name of warden or authorized person having custody of petitioner)

30th District Commitment Sep 2020

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: MARC ARRON PETERS
   (b) Other names you have used: Marc Arron Jung, adopted from Boston, MA

2. Place of confinement:
   (a) Name of institution: WICHITA COUNTY JAIL New 75 million $ JAIL
   (b) Address: 2815 Central Freeway East
       WICHITA FALLS, TX 76302  940-766-8170
   (c) Your identification number: 68,458 - 1st Arrest Speeding Ticket

3. Are you currently being held on orders by:
   ☐ Federal authorities  ☒ State authorities  ☐ Other - explain:
   Commitment from Judge McKnight 2020 State Hospital

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: WICHITA COUNTY COURTHOUSE 900 7th Street, WICHITA FALLS, TX 76301 940-766-8100
   (b) Docket number of criminal case: 02908 - 2020 + probation from 2016
   (c) Date of sentencing: STATE Hospital commitment 9-14-2020
   ☐ Being held on an immigration charge
   ☒ Other (explain): Judge McKnight placed a commitment on me remedies from Texas Civil Practice & Remedies Code and Deferred Adjudicated probation.

The probation was suppose to end in 2019. The term was for 2-5 yr beginning in 2017. This mental health evaluation section 14.0003 Tex Civ Prac & Rem has occurred since 9-2020. Frivolous claim & felony probation.

*Establish 6 frivolous claim mental eval since 2020*

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   - ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   - ☐ Pretrial detention
   - ☐ Immigration detention
   - ☐ Detainer
   - ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   - ☐ Disciplinary proceedings
   - ☑ Other (explain): STATE HOSPITAL Regina Neal keeps replying COVID-19 AS A reason for me to Not be At the STATE HOSPITAL. Legal Counsel doesn't know or understand

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: I've spoken to legal council, Court Admin, district clerk And they said they can't help.
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): My mental stress disability is not getting re applied And I've been here 23 months. Lawyers don't know why I AM still in custody. Legal Council doesn't
   (d) Date of the decision or action: know Anything About disability benefits.

*Benefits*

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes    ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: STATE HOSPITAL & COURT Aug & April Are Court And FEB 16 is Hospital letter.
      (2) Date of filing: FEB 16 2022, Aug 20 2021, April 2021
      (3) Docket number, case number, or opinion number: 02905-2020
      (4) Result: Judge Renewal
      (5) Date of result: _____
      (6) Issues raised: I AM Not suppose to be receiving A mental evaluation from A probation term that was suppose to expire And from A frivolous claim because the person was being A racist towards Anyone even Melanie Townsend. I asked him his opinion.

*Frivolous Claim*

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

<ins>JONATHAN FERGUSON kept on referring to RANDY MATTA AS A stupid Mexican. I asked JONATHAN FERGUSON 43 yrs old EMT- FIRE Dept )</ins>

(b) If you answered "No," explain why you did not appeal: <ins>Allred, Head Attack patient to stop being racist And to stop asking me about drugs.</ins>

8. Second appeal

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☑ Yes   ☐ No   <ins>COURT</ins>

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: <ins>WICHITA COUNTY COURTHOUSE</ins>

(2) Date of filing: <ins>April 2021</ins>

(3) Docket number, case number, or opinion number: <ins>DC30-CR 2020-0597 cause# 57387-A</ins>

(4) Result: <ins>rescheduled</ins>

(5) Date of result:

(6) Issues raised: <ins>I was committed to North Texas State Hospital Vernon Campus, for a period not to exceed 120 days for further examination specific objective of Attaining competency to stand trial. WICHITA COUNTY sheriff or his deputies will transfer. I've asked WICHITA COUNTY Sheriff And they had no knowledge whatsoever</ins>

(b) If you answered "No," explain why you did not file a second appeal: <ins>About me being transferred Vernon TX keeps filing COVID-19 Regina Neal Coordinator for the reason not responding to the court order 9-9-2020.</ins>

9. Third appeal

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☑ Yes   ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: <ins>WICHITA COUNTY COURTHOUSE</ins>

(2) Date of filing: <ins>August 2021</ins>

(3) Docket number, case number, or opinion number: <ins>DC30-CR 2020-0597 cause# 57387-A</ins>

(4) Result: <ins>commitment renewed</ins>

(5) Date of result: <ins>Still currently waiting since 2020</ins>

(6) Issues raised: <ins>Judge Renewed Hold for mental evaluation from a frivolous claim. Legal Counsel doesn't know or understand why.</ins>

LETTER FROM STATE HOSPITAL

TEXAS HEALTH AND HUMAN SERVICES
Office of the Clearinghouse Coordinator
Regina Neal

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241   JUNE 7, 2022

Unfortunately, COVID-19 has slowed the admission rate.

At this time, you are #119 on the waiting list. We received your order of commitment on 10/19/2020, and it has been 596 days. The next males to admit have waited about 830 days. You may have to wait another 261 days. There are new beds that have become available in 2022 which will lessen the wait time. Hopefully, you will be offered a bed soon.

Thank you
Regina Neal
Clearinghouse Coordinator
State Hospital Section
P.O. Box 13247 Austin, Texas 78711  512-424-6500

North Texas State Hospital
MSU Admissions
4730 College Drive
Vernon, TX 76384

MARC ARRON Peters
New Jail K POD P.O. Box 8466
Wichita Falls, TX 76302

940-766-8170  2815 Central Freeway East
Wichita Falls, TX 76302
Sheriff David Duke

## HELPING HANDICAP

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

I was helping ALVAREZ HANDICAP from being choked. And I was put on cell restriction. Ricco Sheriff dept placed me on cell restriction.

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: M. Hambright refuses correspondence with me. Other Notaries refuse correspondence with me. I contacted the Public Defenders office 940-766-8199 And they have not done Anything for me. Today August 3rd 2022 web Ricco looks At me like he doesn't know

11. Appeals of immigration proceedings

Does this case concern immigration proceedings?

☐ Yes   ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: Why I Am still
(b) Date of the removal or reinstatement order: Asking for
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes   ☐ No

If "Yes," provide:

(1) Date of filing: grievances.
(2) Case number:
(3) Result: Sheriff dept employees have
(4) Date of result: been completely ok about me
(5) Issues raised: getting put on cell restriction from helping A handicap from being choked.

Sheriff DAVID DUKE
2815 Central Freeway East
Wichita Falls TX 76302
940-766-8170

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes   ☐ No

If "Yes," provide:
(1) Name of court: Sheriff dept. Nursing staff even on
(2) Date of filing: August 3rd still havent supplied
(3) Case number: grievances or checked on HANDICAP

Page 6 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: Sheriff dept employees
(5) Date of result: Sheppard refuse to follow procedure
(6) Issues raised: with local pan handler harrassing me and 3 other people in the card game.
JOSEPH BYERS was completely bothering me and 3 other people.
We asked him 48 times to stop harrassing us.

12. Other appeals

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☑ Yes   ☐ No

If "Yes," provide:
(a) Kind of petition, motion, or application: Sheriff dept refused
(b) Name of the authority, agency, or court: to put him on cell restriction.
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result: Sgt Reynolds 2021
(f) Date of result:
(g) Issues raised: I was tazed by sgt Reynolds in 2021 asking another inmate to quit talking to me.
I sent that paper work to the commissioner.
Legal workers, court Admin, district clerks office ignore correspondence with me.

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE**:

## WCSO INMATE GRIEVANCE FORM

**Name:** MARC ARRON PETERS  
**SO #:** 68458  
**Tank/Cell:** K#207

Only 1 incident or issue per form. Must state date, time, and names of persons involved.

You may file a grievance for the following acts (circle one):
1. (Violation of civil rights by staff) ← circled
2. Criminal acts by staff
3. Unjust denial or restrictions of inmate privileges by staff
4. Prohibited acts by staff

**State your grievance below:**

Sheriff Dept Employees
Hambriant
refuse to accept my grievance from July 17th, 2022.
I was helping a handicap from being choked and I was put on cell restriction.
I've been filing the whole time.
Captain, Sgt, Corporal, Investigator have been ignoring me.
They refuse to let me speak to someone.
Crutchfield, GORDON, WATKINS, Reynolds,
August 3rd 8:45 Sheriff dept employees reject correspondence. 940-766-8170
2815 Central Freeway East
Wichita Falls, TX 76302

**Inmate Signature:** Marc Arron Peters

**# of additional pages attached:** BACK

***INMATE--DO NOT WRITE BELOW THIS POINT OR ON BACK OF THIS PAGE***
(Except if appealing Board Decision)

| Receiving Supervisor: | Date: | Time: | ☐ Emergency ☐ Non-Emergency | ☐ Non-Grievance ☐ Grievance |

| Date sent to Board: | Grievance Number: | Due Date: @12:00 |

DD-0815-1P (Revised 02.10.22)



# WCSO INMATE GRIEVANCE FORM

**Findings of the Grievance Board:**

NOTARIES refusing to speak to me
ROBIN K. Morris
ID # 12674530-7
Comm expires 12-08-2024
2515 Central Freeway East
Wichita Falls, Tx 76302
940-766-8170

I have called the Public Defenders Office
940-766-8199
600 Scott Street Suite 204
Wichita Falls, TX 76301
940-766-8199
Attorney - Assistant Public Defender
Marty Cannedy
STATE BAR OF TEXAS # 03743900
Legal Counsel, Notary, District Clerk
refuse to correspond with
Marc Arron Peters.

**Board Chairman:**   **Date:**

**Date Returned to I/M:** _____ **Officer:** _____

**DO YOU WISH TO APPEAL?** ☐ Yes ☐ No

**Appeal Date** _____
**Officer Initials/Empl #** _____

**Jail Administrator/Designee:** _____
Signature                          **Date:** _____

**Appeal Decision:**   ☐ Affirmed   ☐ Reversed: _____
                                      Signature            Date

DD-0815-1P (Revised 02.10.22)

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _August 3rd, 2022_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _August 1st, 2022_
Monday 4 p.m.

_Marc Arron Peters_
Signature of Petitioner

_MC_
Signature of Attorney or other authorized person, if any

Marty Cannedy
STATE Bar of Texas # 03743906

Page 10 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

## Instructions

1. **Who Should Use This Form.** You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form.** You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

   All questions must be answered clearly and concisely in the space on the form. If needed, you may attach additional pages or file a memorandum in support of the petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. Note that some courts have page limitations. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

4. **Supporting Documents.** In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

5. **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

6. **Submitting Documents to the Court.** Mail your petition and ____ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

7. **Change of Address.** You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.



MARC ARRON PETERS
2815 CENTRAL FREEWAY EAST
WICHITA FALLS TX
76302
940-766-8170
Sheriff Office #
68.458-1st Arrest Inmate Correspondence
Wichita County, Texas State Custody 2241
Detention Center
Book in
JUDGE HOLD

CLERK OF THE U.S.
DISTRICT COURT
501 W. Tenth St., Rm 310
FORT WORTH, TX 76102

NORTH TEXAS DPP&DC
DALLAS TX
4 AUG 2022

RECEIVED
AUG - 9 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

76102-354185