IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **MARC ARRON PETERS,** | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. 7:22-cv-074-O |
| **DAVID DUKE, Sheriff, Wichita County, Texas,** | § § § § | |
| Respondent. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the petition for writ of habeas corpus is **DISMISSED**.

**SIGNED** this **28th day** of **July, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE